ESSIE ANDERSON v. INTERSTATE REALTY
MANAGEMENT, ET AL.

January 24, 1989.

Petition for certification denied.

ERICA A. COHEN v. EMERSON BOARD OF
EDUCATION, ET AL.

January 24, 1989.

Petition for certification denied.

ROBERT J.H. MICK v. ATLANTIC CITY PRESS, ETC.

January 24, 1989.

Petition for certification denied.

THE RADBURN ASSOCIATION, INC. v. WARREN S. DEVRIES.

January 24, 1989.

Petition for certification denied.